# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

PROGRESSIVE HAWAII INSURANCE CORP.

v.                                                                    Case No. 2:23-cv-02008

EDUCATION IS THE KEY and DESSIE X
a/k/a DESSIE TIPTON

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, Progressive Hawaii Insurance Corp., by and through its counsel, and pursuant to Rule 55 *of the Federal Rules of Civil Procedure*, respectfully moves this Court for entry of a Default Judgment against Defendants Education is the Key and Dessie X a/k/a Dessie Tipton and, for grounds, Plaintiff would show the Court as follows:

1. The Complaint for Declaratory Judgment was filed on January 6, 2023 in the Unites States District Court for the Western District of Tennessee at Memphis involving a policy of insurance issued to Defendant Education is the Key in Shelby County, Tennessee.

2. The Complaint alleges that there is no coverage under the policy issued to Defendant Education is the Key by Plaintiff for an incident of May 19, 2022 because the 2018 Nissan Rogue involved in the underlying accident of May 19, 2022 was not an insured vehicle under the Policy issued to Defendant, Education is the Key, by Plaintiff and thus, the incident of that date is not covered by the Policy.

3. Defendant Education is the Key was served on January 30, 2023.

4. Defendant Dessie X a/k/a Dessie Tipton was served on January 30, 2023.

5. Defendant Education is the Key had not answered or otherwise responded to the Complaint.

6. Defendant Dessie X a/k/a Dessie Tipton has not answered or otherwise responded to the Complaint.

WHEREFORE, Plaintiff moves the Court for entry of a Default Judgment against Defendants Education is the Key and Dessie X a/k/a Dessie Tipton in which the Court declares:

1. That policy number 953295376 issued to Education is the Key provides no coverage for any claims as a result of an incident on or about May 19, 2022 wherein Faye Eschoe, an employee of Education is the Key, was involved in an incident where she allegedly left an 18 month old child, C. F., in the 2018 Nissan Rogue.

2. That Plaintiff is not required to pay any judgment which might be awarded in favor of Edward Ewing, III, as next-of-kin of C. F., deceased, against Education is the Key and/or Dessie X a/k/a Dessie Tipton in any action filed by or on behalf of Edward Ewing, III, as next-of-kin of C. F., deceased, including that filed in the Circuit Court of Tennessee for the 30th Judicial District at Memphis, Docket No. CT-2534-22;

3. That Plaintiff has no duty to provide Defendants Education is the Key and Dessie X a/k/a Dessie Tipton with a defense in any lawsuit that may be filed against them by Edward Ewing, III, as next-of-kin of C. F., deceased; and

4. That Defendants Education is the Key and Dessie X a/k/a Dessie Tipton be ordered to pay all court costs, including discretionary costs.

Respectfully submitted,

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**

By: /s/ Cynthia D. Hall
Cynthia D. Hall         BPR #015468
*Counsel for Progressive Hawaii Insurance Corp.*
P.O. Box 1749
Chattanooga, TN 37401-1749
(423) 756-7000
(423) 756-4801 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon the parties listed below via U.S. Mail with sufficient postage thereupon to carry the same to its destination.

>Education is the Key
>c/o Dessie X, Registered Agent
>7270 Ryan Hill Road
>Millington, TN  38053
>
>Dessie X a/k/a Dessie Tipton
>7270 Ryan Hill Road
>Millington, TN  38053

This the 9th day of May, 2023.

>By:  */s/ Cynthia D. Hall*
>        Cynthia D. Hall