# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

PROGRESSIVE HAWAII INSURANCE
CORPORATION,

    Plaintiff,

v.                                                        Case No.: 2-23-cv-2008-MSN-atc

EDUCATION IS THE KEY, LLC, and
DESSIE X a/k/a DESSIE TIPTON,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed January 6, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting Progressive Hawaii Insurance Corp.'s Motion for Summary Judgment (ECF No. 35), entered May 14, 2024, Plaintiff Progressive Hawaii Insurance Corporation has no contractual duty to defend and no contractual duty to indemnify Defendant Education is the Key, LLC or Defendant Dessie X in the lawsuit filed on or about June 22, 2022, by Edward Ewing, III, in the Circuit Court of Tennessee for the 30th Judicial District at Memphis, which was assigned case number CT-2534-22.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting Progressive Hawaii Insurance Corp.'s Motion for Summary Judgment (ECF No. 35), entered May 14, 2024, Plaintiff Progressive Hawaii Insurance Corporation has no contractual duty to defend and no contractual duty to indemnify Defendant Education is the Key, LLC or

Defendant Dessie X in the lawsuit filed on or about December 22, 2022, by Carissa Flowers, in the Circuit Court of Tennessee for the 30th Judicial District at Memphis, which was assigned case number CT-5077-22.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 14, 2024
Date